IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 MAR 29 AM 10: 41

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 03-144M (MPT) |
| OLEG TSVETKOV, | ) |
| Defendant. | ) |

**MOTION AND ORDER TO UNSEAL AND DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to unseal and dismiss the Criminal Complaint and Warrant for Arrest, as the fugitive has been apprehended.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 3-22-05

IT IS SO ORDERED this  25  day of  March , 2005.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge