AO 91 (Rev. 5/85) Criminal Complaint ●

# United States District Court

DISTRICT OF ——— Delaware ———

UNITED STATES OF AMERICA
V.

Oleg Tsvetkov
W/M
DOB:      61

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 03-144M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___2-25-03___ in ___New Castle County___ county, in the _____ District of ___Delaware___ defendant(s) did, (Track Statutory Language of Offense)

flee the state of Delaware to avoid prosecution

in violation of Title __18__ United States Code, Section(s) ___1073___

I further state that I am a(n) ___Special Federal Officer___ and that this complaint is based on the following
                                 Official Title

facts:

          see attached affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes    ☐ No

SFO ~~~~~~~~~~
**Signature of Complainant**

Robert Kracyla, SFO

Sworn to before me and subscribed in my presence,

___November 14, 2003___                  at   Wilmington, Delaware
**Date**                                          **City and State**

Honorable Mary Pat Thynge
Unites States Magistrate Judge

**Signature of Judicial Officer**

**Name & Title of Judicial Officer**

Affidavit of
SFO Robert Kracyla

1.) I am a Special Federal Officer assigned to the FBI Task Force and have been a Police Officer for more than 19 years.

2.) On November 14, 2003, Deputy Jim Apostolico of the Delaware Attorney Generals Office requested FBI assistance to locate and apprehend Oleg, Tsvetkov. The Delaware Attorney General's Office advised that Tsvetkov is wanted for felony fraud.

3.) Investigation conducted by the Delaware State Police and the FBI to locate and apprehend Tsvetkov in Delaware has produced negative results. Investigation has revealed that Tsvetkov has fled the State of Delaware.

4.) The Delaware Attorney General's Office has agreed to extradite Tsvetkov wherever he is apprehended.

Robert Kracyla
Special Federal Officer, FBI