AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA
V.

Oleg Tsvetkov
W/M
DOB:      61

**WARRANT FOR ARREST**

CASE NUMBER: 03-144M REDACTED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Olef Tsvetkov__
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

unlawful flight to avoid prosecution

in violation of Title __18__ United States Code, Section(s) __1073__

Honorable Mary Pat Thynge                United States Magistrate Judge
Name of Issuing Officer                  Title of Issuing Officer

_[signature]_                            November 14, 2003   Wilmington, Delaware
Signature of Issuing Officer             Date and Location

Bail fixed at $ __NO BAIL__  by _[signature]_
                                 Name of Judicial Officer

To be returned to the state of Delaware under custody & control of law enforcement officials. M Pat Thynge

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ____

Dismissed per court order

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11-14-03 | William David, DUSM | _[signature]_ |
| DATE OF ARREST |  |  |
| 3-29-05 |  |  |